IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) MISC NO. 2:06mc3318-F |
| v. | ) ~~CRIMINAL NO. 3:99CR00029-1~~ |
| ANNETTE CRYMES, | ) |
| Defendant, | ) |

### AFFIDAVIT

I, R. Randolph Neeley, having been first duly sworn, depose and say as follows:

1. I am an Assistant United States Attorney and represent the United States of America, Plaintiff, herein.

2. Judgment was entered on May 24, 1999, for Plaintiff and against Defendant for the sum of $58,242.38.

3. Defendant, ANNETTE CRYMES, resides at 1207 Auburn Street, Opelika, Alabama 36801, within the jurisdiction of this Court.

4. The Judgment has not been satisfied, vacated, reversed, or barred by the Statute of Limitations, and is one on which execution may properly issue.

5. The balance due on the Judgment as of May 22, 2006, is $52,092.38.

                              LEURA G. CANARY
                              United States Attorney

By: _____
     R. RANDOLPH NEELEY
     Assistant United States Attorney
     Bar Number: 9083-E56R
     Attorney for Defendant
     Post Office Box 197
     Montgomery, AL  36101-0197
     Telephone No.: (334) 223-7280
     Facsimile No.: (334) 223-7418
     E-mail: rand.neeley@usdoj.gov

Sworn to and subscribed before

me this 24th day of May, 2006.

_____
NOTARY PUBLIC